IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rod Silverman,<br><br>    Plaintiff,<br>v.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>    Defendants. | No. CV 07-008 TUC FRZ (BPV)<br><br>**ORDER** |

    Before the Court for consideration is Plaintiff's Motion for Summary Judgment and a Cross-Motion for Summary Judgment filed by the Defendant. Plaintiff filed this action for review of the final decision of the Commissioner for Social Security pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3).

    This matter was referred to the United States Magistrate Judge for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona.

    Magistrate Judge Bernardo P. Velasco issued his Report and Recommendation, filed on December 5, 2007, recommending that the District Court, after its independent review of the record, enter an Order granting in part, and denying in part, Plaintiff's Motion for Summary Judgment; denying Defendant's Motion for Summary Judgment; and remanding this matter to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. §

1  405(g) for further consideration, consistent with this report and recommendation; as well as
2  for further development of the record with respect to Plaintiff's mental health impairments
3  and associated limitations.

4  Plaintiff filed objections, arguing that the new evidence submitted on review should
5  be considered and credited and that this matter should be remanded for payment of benefits.

6  The Court, having made an independent review of the record herein, including the
7  Plaintiff's objection thereto, finds that the Report and Recommendations of Magistrate Judge
8  Velasco shall be adopted as the findings of fact and conclusions of law of this Court.

9  Based on the foregoing,

10  IT IS ORDERED that the Report and Recommendation is hereby ACCEPTED and
11  ADOPTED as the findings of fact and conclusions of law;

12  IT IS FURTHER ORDERED that this matter is REMANDED to the Commission of
13  Social Security for further consideration in accordance therewith.

15  DATED this 31st day of March, 2008.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge